

9/25/2014

**James Truley**
**3864 Antelope Creek Drive**
**Ontario, CA 91761**

RE:   Esther Truley
      Alta Vista Healthcare & Wellness Center
      **Past Due Balance: $41,701.69**

**FINAL PAYMENT DEMAND**

Dear James Truley:

This account has been referred to Rockport Healthcare Services, an independent third party. We represent **Alta Vista Healthcare & Wellness Center**. This letter serves as a **Final Demand** for payment of the entire past due balance on the account for **Esther Truley.** Multiple attempts to contact you to resolve this delinquent account have been made and the amount of **$41,701.69** is due immediately.

California law allows (30) days to dispute the validity of this debt, or any part of it. We note that over thirty days have elapsed since you were mailed the proof of the debt and that you have not filed any dispute as to the validity of the debt. Consequently, we understand that you have agreed that the past due balance is valid and that payment of this debt is your responsibility to manage.

You are in breach of your agreement with this facility and could be held legally liable for the full amount owed plus late fees, interest, any additional costs and attorney fees in accordance with the terms of the agreement and applicable law.

If we do not hear from you within **7 business days** of the date of this letter, this account may be referred to our attorney for legal action and/or to our collection agency for additional collection activity.

Your prompt attention to this matter is appreciated.

Tim G.
Rockport Healthcare Services
Collection Department
**(855) 338-8878 Ext. 1006**
cc: Legal Department

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

ROCKPORT HEALTHCARE SERVICES
Private Collections Department
P.O. Box 348318 | Sacramento | California | 95834-8318
T: 855.338.8878

Rev. 10/2013

**EXHIBIT A**