# MEDI-CAL VIOLATION

**James Truley**  
**3864 Antelope Creek Drive**  
**Ontario, CA 91761**

October 09, 2014

**RE: Alta Vista Healthcare & Wellness Center - Share of Cost Past Due Balance: $41,632.94**

Dear James Truley,

This nursing facility has provided nursing and other care services in good faith to *Esther Truley*. As a participant in the Medi-Cal program, this facility is required by law to collect the Share of Cost designated by Medi-Cal from the resident or the resident's Medi-Cal agent. We have been advised you are the Medi-Cal Agent for *Esther Truley*. This facility has not received payment for services rendered. It was our understanding that while the application for Medi-Cal was pending approval that payment would be made to our facility per the admission agreement which you signed.

According to California law found in Welfare & Institutions Code Section 14110.8, a "Medi-Cal Agent" is "a person who manages, uses, or controls funds or assets of the resident that legally are required to be used to pay the resident's share of cost and other charges not paid for by the Medi-Cal program." Also according to Section 14110.8(h), "any agent who willfully violates the requirements of this section is guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine not to exceed two thousand five hundred dollars ($2,500) or by imprisonment in the county jail not to exceed 180 days, or both."

As the Medi-Cal agent for *Esther Truley, you* have violated your legal obligation to pay the full Share of Cost on a monthly basis. You must immediately make payment in full or make other payment arrangements with me. You may contact me, <u>Cecilia M.</u> at (855) 338-8878 between the hours of 8:30 a.m. and 5:00 p.m. PST.

If we do not hear from you within <u>10 days,</u> this matter may be referred to the California Department of Justice Bureau of Medi-Cal Fraud & Elder Abuse as a potential violation Section 14110.8 as well as other fiduciary abuse laws.

Sincerely,

*[signature]*

Cecilia M.  
Private Collection Manager  
(855) 338-8878  
cc: Legal Department

**EXHIBIT B**