

**DINCEL LAW GROUP**
APC
ATTORNEYS AT LAW

227 North First Street
San Jose, CA 95113
tel: (408) 792-5946
fax: (408) 824-1312

October 22, 2014

*Sent via Certified Mail*

James Truley
3864 Antelope Creek Drive
Ontario, CA 91761

Re:   Alta Vista Healthcare & Wellness Centre, Facility # 1302
      Balance Owed for Services Rendered to Esther Truley

Dear Mr. Truley,

Our law firm represents Rockport Healthcare Services, an independent third party that represents the Alta Vista Healthcare & Wellness Centre. This letter follows up on prior agreements between you and representatives at Rockport Healthcare Services regarding the payment of the $41,632.94 balance owed for services rendered to your mother, Esther Truley, while she was at the Alta Vista Healthcare & Wellness Centre, the original creditor for this debt. You have previously agreed to be responsible for paying the costs of the care for your mother while at Alta Vista Healthcare & Wellness Centre, and periodic invoices for said costs have been sent to you. There is no record that you have previously disputed the validity of the periodic invoices or your agreement to be responsible for the costs of your care.

As has been conveyed to you earlier, this debt situation requires resolution. While we believe that this situation can be resolved informally, we will require your participation to do so. Please contact Tim G. at Rockport Healthcare Services at (855) 338-8878 as soon as possible to discuss this debt situation. If Tim G. at Rockport Healthcare Services does not hear from you, our client may be left with no choice but to take appropriate legal action in order to resolve this situation.

**CONSUMER NOTICE PURSUANT TO 15 U.S.C. §1692g(a):**

Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing–

(1) the amount of the debt;

(2) the name of the creditor to whom the debt is owed;

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**EXHIBIT C [Pg 1 of 2]**

*James Truley*
October 21, 2014
Page 2

(3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

(4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

(5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

Very truly yours,

DINCEL LAW GROUP

W. John Lo

kkn/WJL

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**EXHIBIT C [Pg 2 of 2]**