1  Elliott H. Stone, Esq. (SBN 264569)
   ehstone@stonelawpc.com
2  **STONE LAW FIRM**
   6601 Center Drive – Suite 500
3  Los Angeles California 90045
   Telephone: (310) 348-7000
4  Facsimile: (844) 329-9100

5  Attorney for Plaintiff JAMES TRULEY

6

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10            **CENTRAL DIVISION – LOS ANGELES**

| 11 | JAMES TRULEY, an induvial, | Case No.: 5:15-cv-00715-SJO-SP |
|---|---|---|
| 12 | Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| 13 | v. | |
| 14 | SHLOMO RECHNITZ, individually and dba ROCKPORT HEALTHCARE SERVICES, and dba ALTA VISTA HEALTHCARE & WELLNESS CENTER; ROCKPORT ADMINISTRATIVE SERVICES, LLC.,a California limited liability company; DINCEL LAW GROUP, an entity of unknown type; KIM O. DINCEL, an individual; W. JOHN LO, an individual; RIVERSIDE HEALTHCARE & WELLNESS CENTRE, LLC, a California limited liability company; Tim G. Doe, an individual, Cecilia M. Doe, an individual, and DOES 1 to 50, inclusive, an individual; and DOES to 1 to 50, inclusive, | |
| | Defendants. | |

25  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

26       Plaintiff, JAMES TRULEY, by and through his undersigned counsel, hereby

27  serve notice that at the March 28, 2016, settlement conference before the Hon. Sheri

28  Pym, plaintiff and all defendants reached a settlement of the entire case.

1  The parties anticipate finalizing a confidential settlement agreement and filing a
2  Stipulation For Dismissal of the entire action pursuant to Rule 41(a)(1) of the Federal
3  Rules of Civil Procedure, within 5 days.

4  Dated: March 31, 2016                    STONE LAW FIRM

6  By: _____/s/ Elliott H. Stone_____
       Elliott H. Stone, Esq.
       Attorney for Plaintiff JAMES
       TRULEY



2
NOTICE OF SETTLEMENT OF ENTIRE CASE